**Electronically Filed
Supreme Court
SCWC-19-0000610
14-DEC-2020
08:50 AM
Dkt. 16 ODAC**

SCWC-19-0000610

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

NB, Petitioner/Plaintiff-Appellant,

vs.

GT, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000610, FC-D NO. 12-01-056K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins
JJ.)

Petitioner/Plaintiff-Appellant NB's application for writ of certiorari filed on November 3, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 14, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

